Petitions for Writ of Habeas Corpus Dismissed and Memorandum Opinion
filed November 13, 2003









Petitions for Writ of
Habeas Corpus Dismissed and Memorandum Opinion filed November 13, 2003.

 

In The

 

Fourteenth Court of Appeals

____________

 

NO. 14-03-01178-CV

NO. 14-03-01179-CV

 

____________

 

IN RE DONALD RAY MEZZELL, Relator

 

 



 

ORIGINAL
PROCEEDING

WRIT
OF HABEAS CORPUS

 



 

M E M O R A N D U M   O
P I N I O N

On October 22, 2003, relator, Donald Ray Mezzell, filed  petitions for writs of habeas
corpus.  See Tex. Gov=t Code Ann. ' 22.221(d) (Vernon Supp. 2003); see
also Tex. R. App. P. 52.  In is petitions, relator challenges the validity of two prior convictions
for driving while intoxicated.








We are unable to consider relator=s petitions for writ of habeas corpus
because our authority to entertain petitions for writ of habeas corpus extends
solely to the actions of judges in civil cases. 
See Tex. Gov=t Code Ann. ' 22.221(d).  Therefore, we dismiss relator=s petitions for lack of
jurisdiction.  

PER CURIAM

Petition Dismissed and Memorandum
Opinion filed November 13, 2003.

Panel consists of Justices
Edelman, Frost, and Guzman.